UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTO COSSIO, for himself and as Personal Representative for the Estate of MARIA PEREZ, deceased<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | NO. CV-07-5072-FVS<br><br>**ORDER FOR VOLUNTARY DISMISSAL** |

Plainitff's's motion for voluntary dismissal **(Ct. Rec. 6) is GRANTED**. Now, therefore

IT IS HEREBY ORDERED that all plaintiff's claims against the United States be dismissed without prejudice. The District Court Executive shall enter this order, provide copies to the parties and CLOSE this file.

DONE this 9th day of January, 2008.

s/ Fred Van Sickle<br>THE HONORABLE FRED VAN SICKLE

ORDER FOR VOLUNTARY DISMISSAL- 1